NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAMAH NAVAJO SCHOOL BOARD, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2009-5016

---

Appeal from the United States Court of Federal Claims in 08-CV-019, Judge Lynn J. Bush.

---

**ON MOTION**

---

**ORDER**

Ramah Navajo School Board, Inc. moves for a 60-day extension of time, until April 19, 2011, to file its brief due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAR 0 3 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Daniel H. MacMeekin, Esq.
     John S. Groat, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAR 0 3 2011**

**JAN HORBALY**
**CLERK**